sale of narcotics, towit, herein, in violation of 26 U.S.C. § 2554;

And it appearing that competent and substantial evidence was presented which entitled the jury to find that the capsules of heroin found in the possession of Albert Cooper and Sophia St. John on January 9 and January 11, 1952, respectively, were some of the capsules made up from the package of bulk heroin sold by appellant to Willie Wilson on January 8, 1952;

And no reversible error appearing in the record:

It is ordered That the judgment be and it hereby is affirmed.

record here presented, the briefs and oral arguments of the parties.

The principal contention of the appellants is that the court withdrew from the jury the issue of negligence, on the ground that uncontradicted facts disclosed that the appellants were guilty of negligence as a matter of law, and submitted the cause to the jury upon the question of damages alone. Our study of the record brings us to the view that there was no error in this instruction to the jury. We also find no prejudicial error in other respects that were saved for review by timely objection or obvious on the face of the record. Wherefore, the judgment below is .

Affirmed.

---

James BAUGH and Mrs. William Edward Baugh, Appellants,

v.

Richard TAULBEE, By Ella Jean Taulbee, Mother as Next Friend, Appellee.

No. 11946.

United States Court of Appeals Sixth Circuit.

April 17, 1954.

Fritz Krueger, Somerset, Ky., for appellants.

Calvert C. Little, London, Ky., for appellee.

Before SIMONS, Chief Judge, and STARR and GOURLEY, District Judges.

PER CURIAM.

Upon this appeal from a jury verdict and judgment thereon assessing damages against the appellants for injuries received by the appellee in an automobile collision caused by the negligence of James Baugh, the court has given careful consideration to the portions of the

---

UNITED STATES of America, ex rel. Theodore ABBENANTE, Relator-Appellant, v. James W. BUTTERFIELD, District Director, United States Department of Justice, Immigration and Naturalization Service, Respondent-Appellee.

No. 12007.

United States Court of Appeals Sixth Circuit.

April 28, 1954.

I. B. Fried, Howell Leuck, Cleveland, Ohio, for appellant.

Fred W. Kaess, U. S. Atty., Detroit, Mich., for appellee.

Before MILLER, Circuit Judge, and GOURLEY and STARR, District Judges.

PER CURIAM.

This appeal was heard on the briefs, record, and argument of counsel for the respective parties;

And the Court being of the opinion that on the record before the Court the judgment of the District Court is not